Certificate Number: 03088-ILN-DE-030916864

Bankruptcy Case Number: 16-04646


03088-ILN-DE-030916864

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 22, 2018</u>, at <u>3:00</u> o'clock <u>PM CDT</u>, <u>CHARLES J NEELY</u> completed a course on personal financial management given <u>by internet and telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date: <u>April 22, 2018</u>

By: <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>